UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Reginald Antonio Jones**  Docket No. 5:15-CR-237-1H

**Petition for Action on Supervised Release**

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Antonio Jones, who, upon an earlier plea of guilty to Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 8, 2016, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Reginald Antonio Jones was released from custody on November 6, 2019, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 7, 2019, the defendant submitted a urine specimen to the U.S. Probation Office which returned positive for cocaine use from the National Laboratory on November 14, 2019. Jones denied cocaine use but signed an admission of drug use form acknowledging the validity of the test. On November 14, 2019, the defendant admitted to using Percocet which was not prescribed to him. Jones signed an admission of drug use form acknowledging use.

On December 2, 2019, the defendant committed the offenses of No Operator's License, Directional Signals Equipment Violation, and Possession of Open Container/Consuming Alcohol in Passenger Area in Wilson County, North Carolina (19CR53959). According to City of Wilson police officer E. Hayes, the defendant's girlfriend contacted police to report an altercation between her and Jones. Officers responded to the girlfriend's residence; however, the defendant had already left the scene in an older-model Buick LeSabre sedan with tinted windows. No charges were filed against Jones. After officers left the residence, Officer Hayes spotted the vehicle and initiated a traffic stop pursuant to a traffic violation. Jones did not immediately stop, and a male passenger fled the vehicle and evaded officers. Once the traffic stop was conducted, the defendant was found to have an open container of alcohol and a suspended North Carolina driver's license. When officers asked Jones to identify the passenger, he admitted it was Jarmall Hocutt, a convicted felon with multiple outstanding warrants. The defendant was booked in to the Wilson County Detention Center and was released the same day after posting a $500 secured bond. This matter remains pending in Wilson County District Court. Jones advised the U.S. Probation Office of this law enforcement contact within the required period. Due to the aforementioned criminal conduct, and his association with a felon, it is recommended Jones adhere to a curfew as directed by the probation officer for 30 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period of 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Reginald Antonio Jones
Docket No. 5:15-CR-237-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: December 3, 2019 |

## ORDER OF THE COURT

Considered and ordered this 5th day of December, 2019, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge