UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Reginald Antonio Jones**                         **Docket No. 5:15-CR-237-1H**

**Petition for Action on Supervised Release**

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Antonio Jones, who, upon an earlier plea of guilty to Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 8, 2016, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Reginald Antonio Jones was released from custody on November 6, 2019, at which time the term of supervised release commenced.

On December 3, 2019, a Petition for Action was submitted advising that the defendant tested positive for cocaine on November 7, 2019, and that the defendant committed the criminal offenses of No Operators License, Directional Signals Equipment Violation, and Possession of Open Container/Consuming Alcohol in Passenger Area in Wilson County, North Carolina (19CR53959). The defendant was ordered to adhere to a curfew as directed by the probation officer for a period of 30 consecutive days and submit to Radio Frequency Location Monitoring.

On July 28, 2020 a Violation Report was submitted advising that the defendant committed the criminal offense of Driving While License Revoked in Wilson County, North Carolina (20CR1478). The defendant was counseled about his actions and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On September 11, 2020, the defendant committed the criminal offense of Driving While License Revoked Not Impaired in Wilson County, North Carolina (20CR2641). Although this charge remains pending, the defendant admits guilt. As a sanction for this conduct, the probation office is recommending that he be placed on curfew with electronic monitoring for a period of 45 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Reginald Antonio Jones**
**Docket No. 5:15-CR-237-1H**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Kyle W. Fricke
Kyle W. Fricke
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252.830.2336
Executed On: September 24, 2020

## ORDER OF THE COURT

Considered and ordered this __25th__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge